CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/12/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SHELLY ANN LEE,<br><br>                     *Plaintiff*,<br><br>v.<br><br>BELVAC PRODUCTION MACHINERY, INC.,<br><br>                     *Defendant*. | CASE NO. 6:18-cv-75<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court following the Report & Recommendation ("Report") of United States Magistrate Judge Robert S. Ballou. Dkt. 111. Pursuant to 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. Following this Court's granting of Defendant's motion for summary judgment, the Court referred the Bill of Costs to Judge Ballou. Dkt. 99, 101, 107. The case is currently on appeal to the Fourth Circuit. Dkt. 105. Judge Ballou filed a Report recommending a disposition for the Bill of Costs and Amended Bill of Costs.

After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I will adopt the Report. Accordingly, the Report is hereby **ADOPTED** in its entirety. Dkt. 111.

The Clerk of Court is directed to send a copy of this Order to counsel of record.

Entered this  12th  day of November, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1